**Fill in this information to identify the case:**

Debtor 1     Ernest G. Foland

Debtor 2     Barbara J. Foland
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of **NE**
                                                         (State)

Case number    13-41518-TLS

## Form 4100R

# Response to Notice of Final Cure Payment      10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:**    U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust     **Court claim no**. (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account:    2   1   7   7

**Property address:**    717 Fuller Street
                       Number      Street

                       Fullerton, NE 68638
                       City                 State      ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    The next postpetition payment from the debtor(s) is due on:    ___/___/___
                                                               MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    Creditor asserts that the total amount remaining unpaid as of the date of this response is:

    a. Total postpetition ongoing payments due:     (a) $ 2146.30

    b. Total fees, charges, expenses, escrow, and costs outstanding:     + (b) $ (573.83)

    c. **Total**. Add lines a and b.     (c) $ 1572.47

    Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     09/21/2018
                                                                    MM / DD / YYYY

Debtor 1   <u>Ernest G. Foland</u>
      First Name    Middle Name    Last Name

Case number (*if known*) <u>13-41518-TLS</u>

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Michelle Ghidotti
    Signature

Date <u>11</u> / <u>09</u> / <u>2018</u>

Print    Michelle Ghidotti, Esq.
      First Name    Middle Name    Last Name

Title    Authorized Agent for Creditor

Company    The Law Offices of Michelle Ghidotti

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    1920 Old Tustin Ave.
      Number    Street

    Santa Ana, CA 92705
    City    State    ZIP Code

Contact phone ( <u>949</u> ) <u>427</u> – <u>2010</u>

Email <u>mghidotti@ghidottilaw.com</u>


BSI Financial Services

### Payment Changes

| Date | P&I | Escrow | Total | Notice Filed |
|---|---|---|---|---|
| 8/21/2013 | $914.59 | $147.90 | $1,062.49 | Filed w/POC |
| 10/21/2013 | $914.59 | $150.65 | $1,065.24 | Filed w/POC |
| 12/21/2017 | $914.59 | $158.56 | $1,073.15 | NOPC |
|  |  | $0.00 |  | NOPC |
|  |  | $0.00 |  |  |
|  |  | $0.00 |  |  |

### Loan Information

| | |
|---|---|
| Loan # | 2177 |
| Borrower | Foland |
| BK Case # | 13-41518 |
| Date Filed | 8/8/2013 |
| First Post Petition Due Date | 8/21/2013 |
| POC Covers | 3/21/12-7/21/13 |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | **Missing Prior Servicer's Payment History from 8/8/13-10/10/16** |  |  | $0.00 |  |  | $0.00 |  |  | $0.00 | $0.00 |  |
| 10/24/2016 | $1,065.24 | 3/21/2016 | 10/21/2015 | $1,065.24 | $0.00 |  |  | $0.00 |  |  | $0.00 | $0.00 |  |
| 11/21/2016 |  | Trustee Payment |  |  | $0.00 |  |  | $0.00 | $502.33 |  | $502.33 | $502.33 |  |
| 12/2/2016 |  | Trustee Payment |  |  | $0.00 |  |  | $0.00 | $500.00 |  | $1,002.33 | $1,002.33 |  |
| 12/7/2016 | $9,640.32 | 4/21/2016 | 11/21/2015 | $1,065.24 | $8,575.08 | $8,575.08 |  | $8,575.08 |  |  | $1,002.33 | $1,002.33 |  |
| 12/7/2016 |  | 5/21/2016 | 12/21/2015 |  | $0.00 |  | $1,065.24 | $7,509.84 |  |  | $1,002.33 | $1,002.33 |  |
| 12/7/2016 |  | 6/21/2016 | 1/21/2016 |  | $0.00 |  | $1,065.24 | $6,444.60 |  |  | $1,002.33 | $1,002.33 |  |
| 12/7/2016 |  | 7/21/2016 | 2/21/2016 |  | $0.00 |  | $1,065.24 | $5,379.36 |  |  | $1,002.33 | $1,002.33 |  |
| 12/7/2016 |  | 8/21/2016 | 3/21/2016 |  | $0.00 |  | $1,065.24 | $4,314.12 |  |  | $1,002.33 | $1,002.33 |  |
| 12/7/2016 |  | 9/21/2016 | 4/21/2016 |  | $0.00 |  | $1,065.24 | $3,248.88 |  |  | $1,002.33 | $1,002.33 |  |
| 12/7/2016 |  | 10/21/2016 | 5/21/2016 |  | $0.00 |  | $1,065.24 | $2,183.64 |  |  | $1,002.33 | $1,002.33 |  |
| 12/7/2016 |  | 11/21/2016 | 6/21/2016 |  | $0.00 |  | $1,065.24 | $1,118.40 |  |  | $1,002.33 | $1,002.33 |  |
| 12/7/2016 |  | 12/21/2016 | 7/21/2016 |  | $0.00 |  | $1,065.24 | $53.16 |  |  | $1,002.33 | $1,002.33 |  |
| 1/11/2017 | $1,064.00 | 1/21/2017 | 8/21/2016 | $1,065.24 | -$1.24 |  | $1.24 | $51.92 |  |  | $1,002.33 | $1,002.33 |  |
| 1/30/2017 |  | Trustee Payment |  |  | $0.00 |  |  | $51.92 | $1,000.00 |  | $2,002.33 | $2,002.33 |  |
| 3/14/2017 | $1,067.00 | 2/21/2017 | 9/21/2016 | $1,065.24 | $1.76 | $1.76 |  | $53.68 |  |  | $2,002.33 | $2,002.33 |  |
| 3/21/2017 |  | PRE-Petition Applied | 10/21/2016 |  | $0.00 |  |  | $53.68 |  | $1,065.24 | $937.09 | $2,002.33 |  |
| 4/24/2017 | $1,065.24 | 3/21/2017 | 11/21/2016 | $1,065.24 | $0.00 |  |  | $53.68 |  |  | $937.09 | $2,002.33 |  |
| 5/1/2017 |  | Trustee Payment |  |  | $0.00 |  |  | $53.68 | $500.00 |  | $1,437.09 | $2,502.33 |  |
| 5/30/2017 |  | Trustee Payment |  |  | $0.00 |  |  | $53.68 | $1,000.00 |  | $2,437.09 | $3,502.33 |  |
| 5/31/2017 |  | PRE-Petition Applied | 12/21/2016 |  | $0.00 |  |  | $53.68 |  | $1,065.24 | $1,371.85 | $3,502.33 |  |
| 5/31/2017 | $1,065.24 | 4/21/2017 | 1/21/2017 | $1,065.24 | $0.00 |  |  | $53.68 |  |  | $1,371.85 | $3,502.33 |  |
| 7/7/2017 | $1,065.24 | 5/21/2017 | 2/21/2017 | $1,065.24 | $0.00 |  |  | $53.68 |  |  | $1,371.85 | $3,502.33 |  |
| 8/1/2017 | $1,065.24 | 6/21/2017 | 3/21/2017 | $1,065.24 | $0.00 |  |  | $53.68 |  |  | $1,371.85 | $3,502.33 |  |
| 8/9/2017 |  | Trustee Payment |  |  | $0.00 |  |  | $53.68 | $1,000.00 |  | $2,371.85 | $4,502.33 |  |
| 8/11/2017 |  | PRE-Petition Applied | 4/21/2017 |  | $0.00 |  |  | $53.68 |  | $1,065.24 | $1,306.61 | $4,502.33 |  |
| 9/5/2017 | $2,143.44 | 7/21/2017 | 5/21/2017 | $1,065.24 | $1,078.20 | $1,078.20 |  | $1,131.88 |  |  | $1,306.61 | $4,502.33 |  |
| 9/5/2017 |  | 8/21/2017 | 6/21/2017 | $1,065.24 | -$1,065.24 |  | $1,065.24 | $66.64 |  |  | $1,306.61 | $4,502.33 |  |
| 9/25/2017 |  | Trustee Payment |  |  | $0.00 |  |  | $66.64 | $500.00 |  | $1,806.61 | $5,002.33 |  |
| 9/28/2017 |  | PRE-Petition Applied | 7/21/2017 |  | $0.00 |  |  | $66.64 |  | $1,065.24 | $741.37 | $5,002.33 |  |
| 10/11/2017 | $1,065.24 | 9/21/2017 | 8/21/2017 | $1,065.24 | $0.00 |  |  | $66.64 |  |  | $741.37 | $5,002.33 |  |
| 10/30/2017 |  | Trustee Payment |  |  | $0.00 |  |  | $66.64 | $500.00 |  | $1,241.37 | $5,502.33 |  |
| 11/14/2017 | $1,074.00 | 10/21/2017 | 9/21/2017 | $1,065.24 | $8.76 | $8.76 |  | $75.40 |  |  | $1,241.37 | $5,502.33 |  |
| 11/22/2017 |  | Trustee Payment |  |  | $0.00 |  |  | $75.40 | $495.41 |  | $1,736.78 | $5,997.74 |  |
| 12/14/2017 | $4,265.72 | 11/21/2017 | 10/21/2017 | $1,065.24 | $3,200.48 | $3,200.48 |  | $3,275.88 |  |  | $1,736.78 | $5,997.74 |  |
| 1/2/2018 |  | Trustee Payment |  |  | $0.00 |  |  | $3,275.88 | $495.41 |  | $2,232.19 | $6,493.15 |  |
| 2/9/2018 |  | Trustee Payment |  |  | $0.00 |  |  | $3,275.88 | $495.41 |  | $2,727.60 | $6,988.56 |  |
| 3/5/2018 |  | Trustee Payment |  |  | $0.00 |  |  | $3,275.88 | $495.41 |  | $3,223.01 | $7,483.97 |  |
| 3/6/2018 | $1,066.00 | 12/21/2017 | 11/21/2017 | $1,073.15 | -$7.15 |  | $7.15 | $3,268.73 |  |  | $3,223.01 | $7,483.97 |  |
| 4/4/2018 |  | Trustee Payment |  |  | $0.00 |  |  | $3,268.73 | $233.95 |  | $3,456.96 | $7,717.92 |  |
| 4/13/2018 | $1,065.24 | 1/21/2018 | 12/21/2017 | $1,073.15 | -$7.91 |  | $7.91 | $3,260.82 |  |  | $3,456.96 | $7,717.92 |  |
| 5/30/2018 | $1,089.82 | 2/21/2018 | 1/21/2018 | $1,073.15 | $16.67 | $16.67 |  | $3,277.49 |  |  | $3,456.96 | $7,717.92 |  |
| 7/3/2018 | $1,600.00 | 3/21/2018 | 2/21/2018 | $1,073.15 | $526.85 | $526.85 |  | $3,804.34 |  |  | $3,456.96 | $7,717.92 |  |
| 9/12/2018 | $1,070.00 | 4/21/2018 | 3/21/2018 | $1,073.15 | -$3.15 |  | $3.15 | $3,801.19 |  |  | $3,456.96 | $7,717.92 |  |
| 10/16/2018 | $1,065.24 | 5/21/2018 | 4/21/2018 | $1,073.15 | -$7.91 |  | $7.91 | $3,793.28 |  |  | $3,456.96 | $7,717.92 |  |
| 10/16/2018 |  | 6/21/2018 | 5/21/2018 | $1,073.15 | -$1,073.15 |  | $1,073.15 | $2,720.13 |  |  | $3,456.96 | $7,717.92 |  |
| 10/16/2018 |  | 7/21/2018 | 6/21/2018 | $1,073.15 | -$1,073.15 |  | $1,073.15 | $1,646.98 |  |  | $3,456.96 | $7,717.92 |  |
| 10/16/2018 |  | 8/21/2018 | 7/21/2018 | $1,073.15 | -$1,073.15 |  | $1,073.15 | $573.83 |  |  | $3,456.96 | $7,717.92 |  |
| 10/16/2018 |  | PRE-Petition Applied | 8/21/2018 |  | $0.00 |  |  | $573.83 |  | $1,065.24 | $2,391.72 | $7,717.92 |  |
|  |  |  |  |  | $0.00 |  |  | $573.83 |  |  | $2,391.72 | $7,717.92 |  |
|  |  |  |  |  | $0.00 |  |  | $573.83 |  |  | $2,391.72 | $7,717.92 |  |
|  |  |  |  |  | $0.00 |  |  | $573.83 |  |  | $2,391.72 | $7,717.92 |  |
|  |  |  |  |  | $0.00 |  |  | $573.83 |  |  | $2,391.72 | $7,717.92 |  |
|  |  |  |  |  | $0.00 |  |  | $573.83 |  |  | $2,391.72 | $7,717.92 |  |

1  Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
   Kristin A. Zilberstein (SBN 24104960)
2  LAW OFFICES OF MICHELLE GHIDOTTI
3  1920 Old Tustin Ave.
   Santa Ana, CA 92705
4  Ph:  (949) 427-2010
   Fax: (949) 427-2732
5  mghidotti@ghidottilaw.com

6
   Authorized Agent for Creditor
7  U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust

8                    **UNITED STATES BANKRUPTCY COURT**

9              **DISTRICT OF NEBRASKA –LINCOLN OFFICE DIVISION**

10

11

12  In Re:                                    )   CASE NO.:  13-41518-TLS
                                              )
13  **ERNEST G. FOLAND and BARBARA J.**       )   CHAPTER 13
    **FOLAND,**                               )
14                                            )   **CERTIFICATE OF SERVICE**
        Debtors.                              )
15                                            )
                                              )
16                                            )
                                              )
17                                            )

18  _____

19                     **CERTIFICATE OF SERVICE**

20

21      I am employed in the County of Orange, State of California.  I am over the age of

22  eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave.,

23  Santa Ana, CA 92705.

24      I am readily familiar with the business's practice for collection and processing of

25  correspondence for mailing with the United States Postal Service; such correspondence would

26
27  be deposited with the United States Postal Service the same day of deposit in the ordinary

28  course of business.

                                    1
                         CERTIFICATE OF SERVICE

1   On November 9, 2018 I served the following documents described as:

2   • **RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

3
4   on the interested parties in this action by  placing a true and correct copy thereof in a sealed

5   envelope addressed as follows:

6   (Via United States Mail)

| **Debtor** | **Trustee** |
|---|---|
| Ernest G. Foland | Kathleen Laughlin |
| 717 Fuller St. | Chapter 13 Trustee's Office |
| P.O. Box 503 | 13930 Gold Circle |
| Fullerton, Ne 68638 | Suite 201 |
|  | Omaha, NE 68144 |
| **Joint Debtor** |  |
| Barbara J. Foland | **U.S. Trustee** |
| 717 Fuller St. | Jerry Jensen |
| P.O. Box 503 | Acting Assistant UST |
| Fullerton, Ne 68638 | U.S. Trustee's Office |
|  | 111 South 18th Plz, Suite 1148 |
| **Debtors' Counsel** | Omaha, NE 68102 |
| Jeremiah Luebbe |  |
| Steffens Law Office |  |
| P.O. Box 363 |  |
| 255 So. 10th Ave., |  |
| Broken Bow, NE 6882 |  |

18    _xx___(By First  Class Mail) At my business address, I placed such envelope for deposit with
19   the United States Postal Service  by placing them for collection and mailing on that date
     following ordinary business practices.

20
21   _____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the
     Eastern District of California

22
23    __xx__(Federal) I declare under penalty of perjury under the laws of the United States of
     America that the foregoing is true and correct.

24        Executed on November 9, 2018 at Santa Ana, California

25
26   /s / *Steven P. Swartzell*
     Steven P. Swartzell

27

28

2

CERTIFICATE OF SERVICE